# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2012

*The Court of Appeals hereby passes the following order*

**A13D0011. IN THE INTEREST OF: A. F., B. F., D. F., AND K. F., CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

12JV00408



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, September 12, 2012.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*